B1 (Official Form 1) (1/08)

<div style="sideways">© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Clark, Camella T** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **7967** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**917 E 78th St Apt 101E**<br>**Chicago, IL**                     ZIPCODE **60619-3238** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):                     ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)                     ZIPCODE | Mailing Address of Joint Debtor (if different from street address):                     ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                     ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."        ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (1/08)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Clark, Camella T** |
|---|---|

<table>
<tr><td colspan="3" align="center"><strong>Prior Bankruptcy Case Filed Within Last 8 Years</strong> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:<strong>None</strong></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><strong>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</strong> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><strong>None</strong></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  */s/ Troy L Gleason*          9/23/08<br><span style="margin-left:2em">Signature of Attorney for Debtor(s)          Date</span> |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐  Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

*(Name of landlord or lessor that obtained judgment)*

_____

*(Address of landlord or lessor)*

    ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Clark, Camella T**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Camella T Clark**
_____
Signature of Debtor            **Camella T Clark**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 23, 2008**
_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|

X **/s/ Troy L Gleason**
_____
Signature of Attorney for Debtor(s)

**Troy L Gleason 6276510**
_____
Printed Name of Attorney for Debtor(s)

**Gleason & Gleason**
_____
Firm Name

**77 W Washington, Ste 1218**
_____
Address

**Chicago, IL  60602**
_____

**(312) 578-9530**
_____
Telephone Number

**September 23, 2008**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Signature of Debtor (Corporation/Partnership) |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                 Case No. _____

**Clark, Camella T** _____   Chapter **7** _____
                            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Camella T Clark** _____

Date: **September 23, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X**
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Clark, Camella T**
Printed Name(s) of Debtor(s)

**X** */s/ Camella T Clark*                    9/23/2008
Signature of Debtor                    Date

Case No. (if known)

**X**
Signature of Joint Debtor (if any)                    Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Clark, Camella T _____    Chapter **7** _____
                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $    160,000.00 | | |
| B - Personal Property | Yes | 3 | $    10,008.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $    165,488.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $    0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $    33,007.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $    3,330.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $    3,328.00 |
| TOTAL | | 13 | $    170,008.00 | $    198,495.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Form 6 - Statistical Summary (12/07)**

### United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                                 Case No. _____

Clark, Camella T _____    Chapter **7** _____

*Debtor(s)*

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 3,330.16 |
| Average Expenses (from Schedule J, Line 18) | $ | 3,328.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 5,432.83 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 291.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 33,007.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 33,298.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Clark, Camella T** _____     Case No. _____
            Debtor(s)                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **917 E 78th Apt 101E**<br>**Purchased 2007** | | **J** | **160,000.00** | **156,197.00** |
| | | | **TOTAL 160,000.00** | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Clark, Camella T**
_____
                    Debtor(s)

Case No. _____
                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **WAMU** | J | 8.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | J | 750.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | | 250.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **Clark, Camella T**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Nissa Altima** | J | **9,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE __Clark, Camella T_____    Case No. _____
                    Debtor(s)                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **10,008.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Clark, Camella T**                                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **917 E 78th Apt 101E Purchased 2007** | **735 ILCS 5 §12-901** | **15,000.00** | **160,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **WAMU** | **735 ILCS 5 §12-1001(b)** | **8.00** | **8.00** |
| **Household goods, including but not limited to: TVs, chairs, tables, sofas, bedroom furniture, some kitchen appliances.** | **735 ILCS 5 §12-1001(b)** | **750.00** | **750.00** |
| **2005 Nissa Altima** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **9,000.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Clark, Camella T**                                           Case No. _____
_____
Debtor(s)                                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **164475454**<br><br>**Countrywide Home Loans**<br>**PO Box 5170**<br>**Simi Valley, CA  93062-5170** | | | **Mortgage account opened 3/07**<br><br><br>VALUE $ **160,000.00** | | | | **125,006.00** | |
| ACCOUNT NO. **164475518**<br><br>**Countrywide Home Loans**<br>**PO Box 5170**<br>**Simi Valley, CA  93062-5170** | | | **Mortgage account opened 3/07**<br><br><br>VALUE $ **160,000.00** | | | | **31,191.00** | |
| ACCOUNT NO. **102441934770001**<br><br>**Nissan Motor Acceptanc**<br>**PO Box 660366**<br>**Dallas, TX  75266-0366** | | | **Installment account opened 10/04**<br><br><br>VALUE $ **9,000.00** | | | | **9,291.00** | **291.00** |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

|  | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | $ **165,488.00** | $ **291.00** |
| | | | Total<br>(Use only on last page) | | | | $ **165,488.00** | $ **291.00** |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Clark, Camella T**

Debtor(s)

Case No. _____

(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Clark, Camella T _____    Case No. _____
                         Debtor(s)                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bill Me Later** <br> Po Box 2394 <br> Omaha, NE  61803 | | | | | | | 0.00 |
| ACCOUNT NO. **540168306315** <br> **Chase** <br> PO Box 100018 <br> Kennesaw, GA  30156-9204 | | | **Revolving account opened 11/03** | | | | 2,044.00 |
| ACCOUNT NO. **512488000003** <br> **Chase/hcf** <br> PO Box 100019 <br> Kennesaw, GA  30156-9205 | | | **Revolving account opened 10/07** | | | | 4,776.00 |
| ACCOUNT NO. **6074395637367822** <br> **Citifinancial** <br> PO Box 140069 <br> Irving, TX  75014-0069 | | | **Installment account opened 8/07** | | | | 12,321.00 |

   **1** continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $ | **19,141.00** |
| Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Clark, Camella T** _____   Case No. _____
_____Debtor(s)_____                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Richard Snow<br>123 W Madison, Suite 310<br>Chicago, IL 60602 | | | Assignee or other notification for:<br>Citifinancial | | | | |
| ACCOUNT NO. 601129864642<br>Discover Fin Svcs Llc<br>PO Box 3025<br>New Albany, OH 43054 | | | Revolving account opened 12/03 | | | | 4,880.00 |
| ACCOUNT NO. 967866529<br>Glelsi/star Bk An Trus<br>2401 International Ln<br>Madison, WI 53704-3121 | | | Installment account opened 8/02 | | | | 6,673.00 |
| ACCOUNT NO. 2866910100131779<br>Hsbc/sony<br>90 Christiana Rd<br>New Castle, DE 19720-3118 | | | Revolving account opened 8/07 | | | | 1,592.00 |
| ACCOUNT NO. 350004743<br>Peoples Engy<br>130 E Randolph St<br>Chicago, IL 60601-6207 | | | Open account opened 4/07 | | | | 496.00 |
| ACCOUNT NO.<br>T-mobile | | | Open account opened 4/08 | | | | 225.00 |
| ACCOUNT NO.<br>Amsher Collection Serv<br>600 Beacon Pkwy W Ste 300<br>Birmingham, AL 35209-3120 | | | Assignee or other notification for:<br>T-mobile | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,866.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **33,007.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE __Clark, Camella T__ _____    Case No. _____
 Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Clark, Camella T** _____    Case No. _____
                     Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Clark, Camella T__            Case No. _____

Debtor(s)                                               (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): | AGE(S):<br>**10**<br>**8**<br>**7**<br>**6** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Nurse** | |
| Name of Employer | **Advocate Health** | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 3,832.83 | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ 3,832.83 | $ _____ |
| **4. LESS PAYROLL DEDUCTIONS** | | |
|    a. Payroll taxes and Social Security | $ 502.67 | $ _____ |
|    b. Insurance | $ _____ | $ _____ |
|    c. Union dues | $ _____ | $ _____ |
|    d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 502.67 | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 3,330.16 | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance<br>   (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income<br>   (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ _____ | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 3,330.16 | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ 3,330.16

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Clark, Camella T</u>                                                                    Case No. _____
                  Debtor(s)                                      (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,296.00 |
|    a. Are real estate taxes included?   Yes ____  No ✓ | |
|    b. Is property insurance included?  Yes ____  No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 200.00 |
|    b. Water and sewer | $ |
|    c. Telephone | $ 150.00 |
|    d. Other _____ | $ |
|    _____ | $ |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ 550.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 120.00 |
| 7. Medical and dental expenses | $ 150.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ 75.00 |
|    e. Other _____ | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
|    _____ | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 487.00 |
|    b. Other _____ | $ |
|    _____ | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other _____ | $ |
|    _____ | $ |
|    _____ | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.  $ 3,328.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 3,330.16 |
|    b. Average monthly expenses from Line 18 above | $ 3,328.00 |
|    c. Monthly net income (a. minus b.) | $ 2.16 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Clark, Camella T**

Debtor(s)                                                                                          Case No. _____

                                                                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**15** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 23, 2008** _____   Signature: **_/s/ Camella T Clark_** _____

                                                                                                    **Camella T Clark**                                    Debtor

Date: _____   Signature: _____

                                                                                                                              (Joint Debtor, if any)

                                                                                                    [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                                                                    _____
                                                                                    (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                    Case No. _____

Clark, Camella T _____    Chapter **7**_____
                          Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT    SOURCE
    **1,768.00    2008 biweekly**
    **14,000.00    2007**

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602** | | **366.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **September 23, 2008**  _____  Signature  */s/ Camella T Clark*
of Debtor
                                                                                                    **Camella T Clark**

Date: _____  Signature _____
of Joint Debtor
(if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Clark, Camella T                                                          Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **917 E 78th Apt 101E** | **Countrywide Home Loans** | | | | ✓ |
| **2005 Nissa Altima** | **Nissan Motor Acceptanc** | | | | ✓ |

| Description of Leased Property | Lessor's Name | | | | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|---|---|---|
| | | | | | |

| **09/23/2008** | **/s/ Camella T Clark** | | |
|---|---|---|---|
| Date | **Camella T Clark** | Debtor | Joint Debtor (if applicable) |

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer                Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____                    _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                          Case No. _____

Clark, Camella T _____    Chapter **7** _____

<span style="font-size:small">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **12**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **September 23, 2008** _____    */s/ Camella T Clark* _____
                                            Debtor


                                            _____
                                            Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Clark, Camella T**
917 E 78th St Apt 101E
Chicago, IL  60619-3238

**Hsbc/sony**
90 Christiana Rd
New Castle, DE  19720-3118

**Gleason & Gleason**
77 W Washington, Ste 1218
Chicago, IL  60602

**Nissan Motor Acceptanc**
PO Box 660366
Dallas, TX  75266-0366

**Amsher Collection Serv**
600 Beacon Pkwy W Ste 300
Birmingham, AL  35209-3120

**Peoples Engy**
130 E Randolph St
Chicago, IL  60601-6207

**Bill Me Later**
Po Box 2394
Omaha, NE  61803

**Richard Snow**
123 W Madison, Suite 310
Chicago, IL  60602

**Chase**
PO Box 100018
Kennesaw, GA  30156-9204

**Chase/hcf**
PO Box 100019
Kennesaw, GA  30156-9205

**Citifinancial**
PO Box 140069
Irving, TX  75014-0069

**Countrywide Home Loans**
PO Box 5170
Simi Valley, CA  93062-5170

**Discover Fin Svcs Llc**
PO Box 3025
New Albany, OH  43054

**Glelsi/star Bk An Trus**
2401 International Ln
Madison, WI  53704-3121

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Clark, Camella T _____   Chapter **7** _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **676.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **366.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **310.00**

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor   ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

_____**September 23, 2008**_____   ____**/s/ Troy L Gleason**_____
                    Date                                                         Signature of Attorney

                                                                      **Gleason & Gleason**
                                                                   _____
                                                                              Name of Law Firm

Pay Date:
08/21/08

| Description | Rate | Hours | Current | Y-T-D | Taxes/Deds. | Current | Y-T-D |
|---|---|---|---|---|---|---|---|
| REGULAR | 33.0000 | 48.71 | $1,607.43 | $13,309.89 | FEDERAL | $45.73 | $595.78 |
| NGTSHIFT | 3.0000 | 40.08 | $120.24 | $458.79 | ILLINOIS | $51.49 | $495.54 |
| WKDSHIFT | 1.5000 | 16.37 | $24.56 | $243.33 | MEDICARE | $25.66 | $245.76 |
| EVESHIFT | 2.0000 | 8.63 | $17.26 | $315.52 | SOC SEC | $109.71 | $1,050.82 |
| UNPD HRS | | 8.00 | $0.00 | $0.00 | RSP401K | $53.08 | $430.84 |
| CLIN ED | | | $0.00 | $1,252.68 | | | |
| NCLIN ED | | | $0.00 | $1,249.71 | | | |
| OVERTIME | | | $0.00 | $118.82 | | | |

WASH MUT          $1,483.82

| | Earnings | Taxes | Deds. | Net Pay | Pay Per. End | CDNo | CDAmt |
|---|---|---|---|---|---|---|---|
| Current | $1,769.49 | $232.59 | $53.08 | $1,483.82 | 08-16-08 | 02004494 | $1,483.82 |
| YTD | $16,948.74 | | | $14,130.00 | | | |

ADVOCATE HEALTH & HOSPITALS
SOUTH SUBURBAN HOSPITAL
25067 3518 3487105

PRYOR, CAMELLA T.
917 E 78TH ST
UNIT # 101-E
CHICAGO IL 60619

Pay Date:
07/24/08

| Description | Rate | Hours | Current | Y-T-D | Taxes/Deds. | Current | Y-T-D |
|---|---|---|---|---|---|---|---|
| REGULAR | 33.0000 | 45.97 | $1,517.01 | $9,941.91 | FEDERAL | $46.29 | $462.91 |
| EVESHIFT | 2.0000 | 31.85 | $63.70 | $239.70 | ILLINOIS | $47.57 | $388.31 |
| NGTSHIFT | 3.0000 | 14.12 | $42.36 | $266.34 | MEDICARE | $23.70 | $192.33 |
| WKDSHIFT | 1.5000 | 7.65 | $11.48 | $194.77 | SOC SEC | $101.34 | $822.36 |
| UNPD HRS | | 8.00 | $0.00 | $0.00 | RSP401K | $49.04 | $320.30 |
| CLIN ED | | | $0.00 | $1,252.68 | | | |
| NCLIN ED | | | $0.00 | $1,249.71 | | | |
| OVERTIME | | | $0.00 | $118.82 | | | |

WASH MUT          $1,366.61

| | Earnings | Taxes | Deds. | Net Pay | Pay Per. End | CDNo | CDAmt |
|---|---|---|---|---|---|---|---|
| Current | $1,634.55 | $218.90 | $49.04 | $1,366.61 | 07-19-08 | 01958620 | $1,366.61 |
| YTD | $13,263.93 | | | $11,077.72 | | | |

ADVOCATE HEALTH & HOSPITALS

SOUTH SUBURBAN HOSPITAL

25067 3518 3487105

PRYOR, CAMELLA T.

917 E 78TH ST

UNIT # 101-E

CHICAGO IL 60619

Pay Date:
08/07/08

| Description | Rate | Hours | Current | Y-T-D | Taxes/Deds. | Current | Y-T-D |
|---|---|---|---|---|---|---|---|
| REGULAR | 33.0000 | 53.35 | $1,760.55 | $11,702.46 | FEDERAL | $87.14 | $550.05 |
| NGTSHIFT | 3.0000 | 24.07 | $72.21 | $338.55 | ILLINOIS | $55.74 | $444.05 |
| EVESHIFT | 2.0000 | 29.28 | $58.56 | $298.26 | MEDICARE | $27.77 | $220.10 |
| WKDSHIFT | 1.5000 | 16.00 | $24.00 | $218.77 | SOC SEC | $118.75 | $941.11 |
| CLIN ED | | | $0.00 | $1,252.68 | RSP401K | $57.46 | $377.76 |
| NCLIN ED | | | $0.00 | $1,249.71 | | | |
| OVERTIME | | | $0.00 | $118.82 | | | |
| UNPD HRS | | | $0.00 | $0.00 | | | |

WASH MUT          $1,568.46

| | Earnings | Taxes | Deds. | Net Pay | Pay Per. End | CDNo | CDAmt |
|---|---|---|---|---|---|---|---|
| Current | $1,915.32 | $289.40 | $57.46 | $1,568.46 | 08-02-08 | 01981543 | $1,568.46 |
| YTD | $15,179.25 | | | $12,646.18 | | | |

ADVOCATE HEALTH & HOSPITALS

SOUTH SUBURBAN HOSPITAL

25067 3518 3487105

PRYOR, CAMELLA T.

917 E 78TH ST

UNIT # 101-E

CHICAGO IL 60619

Pay Date:
07/10/08

| Description | Rate | Hours | Current | Y-T-D | Taxes/Deds. | Current | Y-T-D |
|---|---|---|---|---|---|---|---|
| REGULAR | 33.0000 | 8.50 | $280.50 | $8,424.90 | FEDERAL | | $416.62 |
| NGTSHIFT | 3.0000 | 8.50 | $25.50 | $223.98 | ILLINOIS | $8.90 | $340.74 |
| CLIN ED | | | $0.00 | $1,252.68 | MEDICARE | $4.44 | $168.63 |
| NCLIN ED | | | $0.00 | $1,249.71 | SOC SEC | $18.97 | $721.02 |
| WKDSHIFT | | | $0.00 | $183.29 | RSP401K | $9.18 | $271.26 |
| EVESHIFT | | | $0.00 | $176.00 | | | |
| OVERTIME | | | $0.00 | $118.82 | | | |
| UNPD HRS | | | $0.00 | $0.00 | | | |

WASH MUT                    $264.51

| | Earnings | Taxes | Deds. | Net Pay | Pay Per. End | CDNo | CDAmt |
|---|---|---|---|---|---|---|---|
| Current | $306.00 | $32.31 | $9.18 | $264.51 | 07-05-08 | 01935721 | $264.51 |
| YTD | $11,629.38 | | | $9,711.11 | | | |

ADVOCATE HEALTH & HOSPITALS
SOUTH SUBURBAN HOSPITAL
25067 3518 3487105

PRYOR, CAMELLA T.
917 E 78TH ST
UNIT # 101-E
CHICAGO IL 60619

## 2007 Federal Tax Return Summary
**Important: Your taxes are not finished until all required steps are completed.**



CAMELLA T PRYOR
917 e 78th st, Apt. 101E
chicago, IL  60619

**Balance Due/ Refund**

Your federal tax return (Form 1040) shows a refund due to you in the amount of $7,854.00. Applicable fees were deducted from your original refund amount of $7,854.00. Your refund is now $7,719.15. It is estimated that you can expect your refund amount of $7,719.15 to be direct deposited into your account within 9 to 14 days after your return is accepted: Account Number: 4226970427 Routing Transit Number: 071074528

**Where's My Refund?**

Before you call the Internal Revenue Service with questions about your refund, give them 9 to 14 days processing time from the date your return is accepted. If then you have not received your refund, or the amount is not what you expected, contact the Internal Revenue Service directly at 1-800-829-4477. You can also check www.irs.gov and select the "Where's my refund?" link.

**2007 Federal Tax Return Summary**

| | | |
|---|---|---:|
| Adjusted Gross Income | $ | 14,360.00 |
| Taxable Income | $ | 0.00 |
| Total Tax | $ | 0.00 |
| Total Payments/Credits | $ | 7,854.00 |
| Amount to be Refunded | $ | 7,854.00 |
| Effective Tax Rate | | -32.84% |

**Forms Included**

U.S. Individual Income Tax Return

Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2007**  (99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2007, or other tax year beginning , 2007, ending , 20   OMB No. 1545-0074

**Label** (See instructions.)

Your first name: CAMELLA   MI: T   Last name: PRYOR

Your social security number: 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

**Use the IRS label. Otherwise, please print or type.**

If a joint return, spouse's first name   MI   Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.: 917 e 78th st   Apartment no.: 101E

▲ You **must** enter your social security number(s) above. ▲

City, town or post office. If you have a foreign address, see instructions.: chicago   State: IL   ZIP code: 60619

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) . . . . . . . . . ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4 ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a. . . . . . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: 1

| c Dependents: (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| JAHARHA M PRYOR | 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 | Daughter | ☒ |
| DAVID C CLARK | 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 | Son | ☒ |
|  |  |  | ☐ |
|  |  |  | ☐ |

No. of children on 6c who:
• lived with you: 2
• did not live with you due to divorce or separation (see instrs)

If more than four dependents, see instructions.

Dependents on 6c not entered above

d Total number of exemptions claimed . . . . . . . . . . . . . . . .

Add numbers on lines above ▶ 3

**Income**

**Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.**

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . | 7 | 14,840.
8a Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . | 8a |
b Tax-exempt interest. **Do not** include on line 8a . . | 8b |
9a Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . | 9a |
b Qualified dividends (see instrs) . . . . . . | 9b |
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . | 10 |
11 Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . | 12 |
13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here . . . . . . . . ▶ ☐ | 13 |
14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . | 14 |
15a IRA distributions . . . . . . | 15a | b Taxable amount (see instrs) . . | 15b |
16a Pensions and annuities . | 16a | b Taxable amount (see instrs) . . | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . | 17 |
18 Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . | 18 |
19 Unemployment compensation . . . . . . . . . . . . . . . . . . . . . | 19 |
20a Social security benefits . . | 20a | b Taxable amount (see instrs) . . | 20b |
21 Other income . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** . ▶ | 22 | 14,840.

**Adjusted Gross Income**

23 Educator expenses (see instructions) . . . . . . . . | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . | 24 |
25 Health savings account deduction. Attach Form 8889 . . . . . | 25 |
26 Moving expenses. Attach Form 3903 . . . . . . . . . | 26 |
27 One-half of self-employment tax. Attach Schedule SE . . . . | 27 |
28 Self-employed SEP, SIMPLE, and qualified plans . . . . . | 28 |
29 Self-employed health insurance deduction (see instructions) . . . | 29 |
30 Penalty on early withdrawal of savings . . . . . . . . | 30 |
31a Alimony paid b Recipient's SSN . ▶ | 31a |
32 IRA deduction (see instructions) . . . . . . . . . . | 32 |
33 Student loan interest deduction (see instructions) . . . . | 33 | 480.
34 Tuition and fees deduction. Attach Form 8917 . . . . . . | 34 |
35 Domestic production activities deduction. Attach Form 8903 . . . | 35 |
36 Add lines 23 - 31a and 32 - 35 . . . . . . . . . . . . . . . . . . . . . . | 36 | 480.
37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . ▶ | 37 | 14,360.

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.**   FDIA0112  12/06/07   Form **1040** (2007)

Form 1040 (2007)    CAMELLA T PRYOR                                    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    Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . . . . . . | 38 | 14,360. |
| | 39a | Check if: ☐ **You** were born before January 2, 1943, ☐ **Blind.** ☐ **Spouse** was born before January 2, 1943, ☐ **Blind.** Total boxes checked ► 39a ☐ | | |
| **Standard Deduction for —** | b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ► 39b ☐ | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) . . . . . . . . . . | 40 | 18,678. |
| | 41 | Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . . . . . | 41 | -4,318. |
| | 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the instructions . . . . . . . . . | 42 | 10,200. |
| • All others: | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . . . . . . . . . | 43 | 0. |
| Single or Married filing separately, $5,350 | 44 | **Tax** (see instrs). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 . . . | 44 | 0. |
| Married filing jointly or Qualifying widow(er), $10,700 | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . . . . . . . | 45 | |
| | 46 | Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . ► | 46 | 0. |
| Head of household, $7,850 | 47 | Credit for child and dependent care expenses. Attach Form 2441 . . . 47 | 0. | | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R . . . 48 | | |
| | 49 | Education credits. Attach Form 8863 . . . . . . . . . 49 | | |
| | 50 | Residential energy credits. Attach Form 5695 . . . . . . . 50 | | |
| | 51 | Foreign tax credit. Attach Form 1116 if required . . . . . 51 | | |
| | 52 | Child tax credit (see instructions). Attach Form 8901 if required . . 52 | 0. | | |
| | 53 | Retirement savings contributions credit. Attach Form 8880 . . 53 | | |
| | 54 | Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 **c** ☐ Form 8839 54 | | |
| | 55 | Other credits: **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Form 55 | | |
| | 56 | Add lines 47 through 55. These are your **total credits** . . . . . . . . . . . . | 56 | 0. |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- . . . . . . . . ► | 57 | 0. |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . | 58 | |
| | 59 | Unreported social security and Medicare tax from: **a** ☐ Form 4137 **b** ☐ Form 8919 . | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . . | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 . . . . . . . . . | 61 | |
| | 62 | Household employment taxes. Attach Schedule H . . . . . . . . . . . . . . | 62 | |
| | 63 | Add lines 57-62. This is your **total tax** . . . . . . . . . . . . . . . ► | 63 | 0. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 . . . 64 | 2,674. | | |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2007 estimated tax payments and amount applied from 2006 return . . 65 | | |
| | 66a | **Earned income credit (EIC).** . . . . . . . . . 66a | 4,716. | | |
| | b | Nontaxable combat pay election ► 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see instructions) . . 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 . . . . 68 | 464. | | |
| | 69 | Amount paid with request for extension to file (see instructions) . . 69 | | |
| | 70 | Payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 70 | | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27. . 71 | | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** . . . . . . . . . ► | 72 | 7,854. |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | 7,854. |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d or Form 8888. | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here . . ► ☐ | 74a | 7,854. |
| | ► b | Routing number 071074528 ► c Type: ☐ Checking ☒ Savings | | |
| | ► d | Account number 4226970427 | | |
| | 75 | Amount of line 73 you want **applied to your 2008 estimated tax** . . . . 75 | | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see instructions . . ► | 76 | |
| | 77 | Estimated tax penalty (see instructions) . . . . . 77 | | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . ☐ **Yes.** Complete the following. ☒ **No** | | | |
| | Designee's name ► | Phone no. ► | Personal identification number (PIN) ► | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature ► | Date | Your occupation REGISTERED NURSE | Daytime phone number |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |
| **Paid Preparer's Use Only** | Preparer's signature ► | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code | Self-Prepared | EIN | |
| | | | Phone no. | |

Form **1040** (2007)

FDIA0112 12/06/07

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Itemized Deductions**

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

CAMELLA T PRYOR

Your social security number

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

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | **1** | 6,800. | |
| | 2 | Enter amount from Form 1040, line 38 . . . **2** 14,360. | | | |
| | 3 | Multiply line 2 by 7.5% (.075). . . . . . . . . | **3** | 1,077. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . . . . . . . . . | | **4** | 5,723. |
| **Taxes You Paid** | 5 | State and local (**check only one box**): | | | |
| | a | [X] Income taxes, **or** | **5** | 635. | |
| | b | [ ] General sales taxes. | | | |
| | 6 | Real estate taxes (see instructions) . . . . . . . . . . . . . . . . | **6** | | |
| (See instructions.) | 7 | Personal property taxes . . . . . . . . . . . . . . . . . . | **7** | 78. | |
| | 8 | Other taxes. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ | **8** | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . . . . . . . . . . . . | | **9** | 713. |
| **Interest You Paid** | 10 | Home mtg interest and points reported to you on Form 1098 . . . | **10** | 8,926. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and **show** that person's name, identifying number, and address ► | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **11** | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules . . . | **12** | | |
| | 13 | Qualified mortgage insurance premiums (see instructions) . . . . . | **13** | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instrs.) . . . . | **14** | | |
| | 15 | Add lines 10 through 14 . . . . . . . . . . . . . . . . . . . . | | **15** | 8,926. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs | **16** | 800. | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . . . . | **17** | 2,016. | |
| | 18 | Carryover from prior year . . . . . . . . . . . . . . . . . | **18** | 500. | |
| | 19 | Add lines 16 through 18 . . . . . . . . . . . . . . . . . . | | **19** | 3,316. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . . . . . . . . . . . . . . | | **20** | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _ _ _ _ _ _ _ _ _ _ _ | **21** | | |
| | 22 | Tax preparation fees . . . . . . . . . . . . . . . . . . | **22** | | |
| (See instructions.) | 23 | Other expenses — investment, safe deposit box, etc. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ | **23** | | |
| | 24 | Add lines 21 through 23 . . . . . . . . . . | **24** | | |
| | 25 | Enter amount from Form 1040, line 38 . . . **25** | | | |
| | 26 | Multiply line 25 by 2% (.02) . . . . . . . . . | **26** | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . . . . . . . . . . . . . | | **27** | |
| **Other Miscellaneous Deductions** | 28 | Other — from list in the instructions. List type and amount ► _ _ _ _ _ _ _ _ _ _ _ | | **28** | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $156,400 (over $78,200 if married filing separately)? | | | |
| | | [X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | ► | **29** | 18,678. |
| | | [ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► [ ] | | | |

**BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.**    FDIA0301  11/07/07    Schedule A (Form 1040) 2007

**SCHEDULE EIC**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service

**Earned Income Credit**
Qualifying Child Information

*Complete and attach to Form 1040A or 1040
only if you have a qualifying child.*

OMB No. 1545-0074

**2007**
Attachment
Sequence No. **43**

Name(s) shown on return

CAMELLA T PRYOR

Your social security number

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

*Before you begin:*  See the instructions for Form 1040A, lines 40a and 40b, or Form 1040, lines 66a and 66b, to make sure that **(a)** you can take the EIC and **(b)** you have a qualifying child.

**CAUTION!**
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

| Qualifying Child Information | Child 1 | | Child 2 | |
|---|---|---|---|---|
| **1  Child's name** | First name | Last name | First name | Last name |
| If you have more than two qualifying children, you only have to list two to get the maximum credit . . . . . . . . . | JAHARHA | M PRYOR | DAVID | C CLARK |
| **2  Child's SSN** | | | | |
| The child must have an SSN as defined in the Form 1040A or Form 1040 instructions unless the child was born and died in 2007. If your child was born and died in 2007 and did not have an SSN, enter 'Died' on this line and attach a copy of the child's birth certificate . . . . . . . . . . . . . . . . . . | 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 | | 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 | |
| **3  Child's year of birth** | Year 1998 | | Year 2002 | |
| | If born after 1988, skip lines 4a and 4b; go to line 5. | | If born after 1988 skip lines 4a and 4b; go to line 5. | |
| **4  If the child was born before 1989 —** | | | | |
| a Was the child under age 24 at the end of 2007 and a student? . . . . . . . . . . . . . . . . . . . . . | ☐ Yes. Go to line 5. | ☐ No. Continue. | ☐ Yes. Go to line 5. | ☐ No. Continue. |
| b Was the child permanently and totally disabled during any part of 2007? . . . . . . . . . . . . . . | ☐ Yes. Continue. | ☐ No. The child is not a qualifying child. | ☐ Yes. Continue. | ☐ No. The child is not a qualifying child. |
| **5  Child's relationship to you** | | | | |
| (for example, son, daughter, grandchild, niece, nephew, foster child, etc) . . . . . . . . . . . . . . . . . . . . | Daughter | | Son | |
| **6  Number of months child lived with you in the United States during 2007** | | | | |
| • If the child lived with you for more than half of 2007 but less than 7 months, enter '7'. | | | | |
| • If the child was born or died in 2007 and your home was the child's home for the entire time he or she was alive during 2007, enter '12' . . . . . . . . . . . | 12 months | | 12 months | |
| | Do not enter more than 12 months. | | Do not enter more than 12 months. | |

**TIP**  You may also be able to take the additional child tax credit if your child **(a)** was under age 17 at the end of 2007, **and (b)** is a U.S. citizen or resident alien. For more details, see the instructions for line 41 of Form 1040A or line 68 of Form 1040.

**BAA  For Paperwork Reduction Act Notice, see Form 1040A or 1040 instructions.**          Schedule EIC (Form 1040A or 1040) 2007

Form **8812**

**Additional Child Tax Credit**

OMB No. 1545-0074

**2007**

Department of the Treasury
Internal Revenue Service

*Complete and attach to Form 1040, Form 1040A, or Form 1040NR.*

Attachment
Sequence No. **47**

Name(s) shown on return

CAMELLA T PRYOR

Your social security number

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

| **Part I** | **All Filers** | | |
|---|---|---|---|
| 1 | Enter the amount from line 1 of your Child Tax Credit Worksheet in the Form 1040, Form 1040A or Form 1040NR instructions. If you used Publication 972, enter the amount from line 8 of the worksheet on page 4 of the publication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 2,000. |
| 2 | Enter the amount from Form 1040, line 52, Form 1040A, line 32, or Form 1040NR, line 47 . . . . . . . . . | 2 | 0. |
| 3 | Subtract line 2 from line 1. If zero, **stop**; you cannot take this credit . . . . . . . . . . . . . . . . . . | 3 | 2,000. |

4 a Enter your total earned income (see instructions) . . . . . . . . . . . . . . . .  **4a**  14,840.

b Nontaxable combat pay (see instructions) . . . . . .  **4b**

5 Is the amount on line 4a more than $11,750?

☐ **No.** Leave line 5 blank and enter -0- on line 6.

☒ **Yes.** Subtract $11,750 from the amount on line 4a. Enter the result . . . . . .  **5**  3,090.

| 6 | Multiply the amount on line 5 by 15% (.15) and enter the result . . . . . . . . . . . . . . . . . . . . . . . | 6 | 464. |

**Next.** Do you have three or more qualifying children?

☒ **No.** If line 6 is zero, **stop**; you cannot take this credit. Otherwise, skip Part II and enter the **smaller** of line 3 or line 6 on line 13.

☐ **Yes.** If line 6 is equal to or more than line 3, skip Part II and enter the amount from line 3 on line 13. Otherwise, go to line 7.

| **Part II** | **Certain Filers Who Have Three or More Qualifying Children** | | |
|---|---|---|---|
| 7 | Withheld social security and Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If you worked for a railroad, see the instructions . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 27 and 59, plus any taxes that you identified using code 'UT' and entered on the dotted line next to line 63.<br>**1040A filers:** Enter -0-.<br>**1040NR filers:** Enter the total of the amounts from Form 1040NR, line 54, plus any taxes that you identified using code 'UT' and entered on the dotted line next to line 58. | 8 | |
| 9 | Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | **1040 filers:** Enter the total of the amounts from Form 1040, lines 66a and 67.<br>**1040A filers:** Enter the total of the amount from Form 1040A, line 40a, plus any excess social security and tier 1 RRTA taxes withheld that you entered to the left of line 42 (see instructions).<br>**1040NR filers:** Enter the amount from Form 1040NR, line 61. | 10 | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Enter the **larger** of line 6 or line 11 . . . . . . . . . . . . . . . . . . . . . . . | 12 | |

**Next,** enter the **smaller** of line 3 or line 12 on line 13.

| **Part III** | **Additional Child Tax Credit** | | |
|---|---|---|---|
| 13 | **This is your additional child tax credit** . . . . . . . . . . . . . . . . . . . . . . . | 13 | 464. |

*Enter this amount on
Form 1040, line 68, or
Form 1040A, line 41, or
Form 1040NR, line 62.*

**BAA   For Paperwork Reduction Act Notice, see instructions.**

FDIA3001   11/09/07

Form **8812** (2007)

Form **8283**
(Rev December 2006)

Department of the Treasury
Internal Revenue Service

## Noncash Charitable Contributions

► Attach to your tax return if you claimed a total deduction
of over $500 for all contributed property.
► See separate instructions.

OMB No. 1545-0908

Attachment
Sequence No. **155**

Name(s) shown on your income tax return

CAMELLA T PRYOR

Identifying number

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

Note: Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A. Donated Property of $5,000 or Less and Certain Publicly Traded Securities —** List in this section only items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is more than $5,000 (see instructions).

| Part I | Information on Donated Property — If you need more space, attach a statement. |

| 1 | (a) Name and address of the donee organization | (b) Description of donated property (For a donated vehicle, enter the year, make, model, condition, and mileage, and attach Form 1098-C if required.) |
|---|---|---|
| A | GOOD WILL 8201 S COTTAGE GROOVE CHICAGO          IL  60619 | Clothing, Footwear, Accessories & Household items |
| B | | |
| C | | |
| D | | |
| E | | |

Note: If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value (see instructions) | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 10/03/2007 | | | | 2,016. | Comparative sales |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| Part II | Partial Interests and Restricted Use Property — Complete lines 2a through 2e if you gave less than an entire interest in a property listed in Part I. Complete lines 3a through 3c if conditions were placed on a contribution listed in Part I; also attach the required statement (see instructions). |

2 a Enter the letter from Part I that identifies the property for which you gave less than an entire interest . . . . . . . . . . . . . . . ► _____

If Part II applies to more than one property, attach a separate statement.

b Total amount claimed as a deduction for the property listed in Part I:    **(1)** For this tax year . . . . . . . . . ► _____ .

                                           **(2)** For any prior tax years . . . . . ► _____ .

c Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above):

Name of charitable organization (donee)

_____

Address (number, street, and room or suite no.)

_____

City or town                                      State   ZIP code

d For tangible property, enter the place where the property is located or kept ► _____

e Name of any person, other than donee organization, having actual possession of the property ► _____

| | | Yes | No |
|---|---|---|---|
| 3 a Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? . . . . . . . . | | | |
| b Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| c Is there a restriction limiting the donated property for a particular use? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**      FDIZ1812   01/05/07      Form **8283** (Rev 12-2006+)

**Tax Payments Worksheet**                                    **2007**
► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| CAMELLA T PRYOR | 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 |

**Estimated Tax Payments for 2007** (If more than 4 payments for any state or locality, see Tax Help)

| | Federal | | State | | | Local | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Amount | Date | Amount | ID | Date | Amount | ID |
| 1 | 04/17/07 | | 04/16/07 | | | 04/16/07 | | |
| 2 | 06/15/07 | | 06/15/07 | | | 06/15/07 | | |
| 3 | 09/17/07 | | 09/17/07 | | | 09/17/07 | | |
| 4 | 01/15/08 | | 01/15/08 | | | 01/15/08 | | |
| 5 | | | | | | | | |
| | | | | | | | | |
| Tot Estimated Payments . . . | | | | | | | | |

| Tax Payments Other Than Withholding (If multiple states, see Tax Help) | Federal | State | ID | Local | ID |
|---|---|---|---|---|---|
| 6  Overpayments applied to 2007 . . . . | | | | | |
| 7  Credited by estates and trusts . . . . | | | | | |
| 8  **Totals**  Lines 1 through 7 . . . . . . | | | | | |
| 9  2007 extensions . . . . . . . . . . . | | | | | |

| Taxes Withheld From: | Federal | State | Local |
|---|---|---|---|
| 10  Forms W-2 . . . . . . . . . . . . . . . . . . . . . | 2,674. | 445. | |
| 11  Forms W-2G . . . . . . . . . . . . . . . . . . . . | | | |
| 12  Forms 1099-R . . . . . . . . . . . . . . . . . . | | | |
| 13  Forms 1099-MISC and 1099-G . . . . . . . . . . | | | |
| 14  Schedules K-1 . . . . . . . . . . . . . . . . | | | |
| 15  Forms 1099-INT, DIV and OID . . . . . . . . . . | | | |
| 16  Social Security and Railroad Benefits . . . . . . | | | |
| 17  Form 1099-B . . . . . . . St ___ Loc ___ | | | |
| 18 a  Other withholding . . . . St ___ Loc ___ | | | |
| b  Other withholding . . . . St ___ Loc ___ | | | |
| c  Other withholding . . . . St ___ Loc ___ | | | |
| 19  **Total Withholding**  Lines 10 through 18c . . . . . | 2,674. | 445. | |
| 20  **Total Tax Payments for 2007** . . . . . . . . . . | 2,674. | 445. | |

| Prior Year Taxes Paid In 2007 (If multiple states or localities, see Tax Help) | State | ID | Local | ID |
|---|---|---|---|---|
| 21  Tax paid with 2006 extensions . . . . . . . . . . . . . . | | | | |
| 22  2006 estimated tax paid after 12/31/06 . . . . . . . . . | | | | |
| 23  Balance due paid with 2006 return . . . . . . . . . . . | 190. | IL | | |
| 24  Other (amended returns, installment payments, etc) . . | | | | |

| Schedule A<br>Line 5 | **State and Local Tax Deduction Worksheet**<br>► Keep for your records | **2007** |
|---|---|---|

| Name(s) Shown on Return<br>CAMELLA T PRYOR | Social Security Number<br>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 |
|---|---|

## State and Local Income Taxes

|  | **State income taxes:** |  |  |
|---|---|---|---|
| 1 | State income tax withheld . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 445. |
| 2 | 2007 state estimated taxes paid in 2007 . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | 2006 state estimated taxes paid in 2007 . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Amount paid with 2006 state application for extension . . . . . . . . . . . . | 4 | |
| 5 | Amount paid with 2006 state income tax return . . . . . . . . . . . . . . . . | 5 | 190. |
| 6 | Overpayment on 2006 state income tax return applied to 2007 tax . . . . . . . | 6 | |
| 7 | Other amounts paid in 2007 (amended returns, installment payments, etc.) . . . . | 7 | |
| 8 | State estimated tax from Schedule(s) K-1 (Form 1041) . . . . . . . . . . . . . | 8 | |
|  | **Local income taxes:** |  |  |
| 9 | Local income tax withheld . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | 2007 local estimated taxes paid in 2007 . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | 2006 local estimated taxes paid in 2007 . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Amount paid with 2006 local application for extension . . . . . . . . . . . . | 12 | |
| 13 | Amount paid with 2006 local income tax return . . . . . . . . . . . . . . . . | 13 | |
| 14 | Overpayment on 2006 local income tax return applied to 2007 tax . . . . . . . | 14 | |
| 15 | Other amounts paid in 2007 (amended returns, installment payments, etc.) . . . . | 15 | |
| 16 | Local estimated tax from Schedule(s) K-1 (Form 1041) . . . . . . . . . . . . . | 16 | |
|  | **Other:** |  |  |
| 17 |  | 17 | |
| 18 | **Total** Add lines 1 through 17 . . . . . . . . . . . . . . . . . . . . . . . | 18 | 635. |
| 19 | State and local refund allocated to 2007 . . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Nondeductible state income tax from line 28 . . . . . . . . . . . . . . . . . | 20 | |
| 21 | **Total reductions** Add lines 19 and 20 . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | **Total state and local income tax deduction** Line 18 less line 21 . . . . . . . | 22 | 635. |

## Nondeductible State Income Tax (Hawaii Only)

|  |  |  |  |
|---|---|---|---|
| 23 | Nontaxable federal employee cost of living allowance . . . . . . . . . . . . . | 23 | |
| 24 | Adjusted gross income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 24 | |
| 25 | Add lines 23 and 24 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 | |
| 26 | Nondeductible percent. Line 23 divided by line 25 . . . . . . . . . . . . . . . | 26 | % |
| 27 | Hawaii state income tax included in line 18 . . . . . . . . . . . . . . . . . . | 27 | |
| 28 | Nondeductible Hawaii state income tax. Multiply line 26 by line 27 . . . . . . . | 28 | |

## Charitable Contributions Summary
**2007**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| CAMELLA T PRYOR | 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 |

### Part I  Cash Contributions Summary

| Name of Charitable Organization | (a) Total | (b) 50% Limit | (c) 30% Limit |
|---|---|---|---|
| GOOD WILL | 800. | 800. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Totals: | 800. | 800. | |

### Part II  Non-Cash Contributions Summary

| Name of Charitable Organization | Total (a) Total | Other Property (b) 50% Limit | (c) 30% Limit | Capital Gain Property (d) 30% Limit | (e) 20% Limit |
|---|---|---|---|---|---|
| GOOD WILL | 2,016. | 2,016. | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Totals: | 2,016. | 2,016. | | | |

### Part III  Contribution Carryovers to 2008

| | | Total | Cash and Other Non-Capital Gain Property | | Capital Gain Property | |
|---|---|---|---|---|---|---|
| | | (a) Total | (b) 50% Limit | (c) 30% Limit | (d) 30% Limit | (e) 20% Limit |
| 1 | 2007 contributions . . . . . . . . | 2,816. | 2,816. | | | |
| 2 | 2007 contributions allowed . . . . | 2,816. | 2,816. | 0. | 0. | 0. |
| 3 | Carryover contributions: | | | | | |
| a | From 2006 tax year . . . . . . . . | 500. | 500. | | | |
| b | From 2005 tax year . . . . . . . . | | | | | |
| c | From 2004 tax year . . . . . . . . | | | | | |
| d | From 2003 tax year . . . . . . . . | | | | | |
| e | From 2002 tax year . . . . . . . . | | | | | |
| 4 | Carryovers allowed in 2007 . . . . | 500. | 500. | 0. | 0. | 0. |
| 5 | Carryovers disallowed in 2007 . . | 0. | 0. | 0. | 0. | 0. |
| 6 | Deductions disallowed: | | | | | |
| a | 2007 carryover to 2008 . . . . . . | 0. | 0. | 0. | 0. | 0. |
| b | 2006 carryover to 2008 . . . . . . | 0. | 0. | | | |
| c | 2005 carryover to 2008 . . . . . . | | | | | |
| d | 2004 carryover to 2008 . . . . . . | | | | | |
| e | 2003 carryover to 2008 . . . . . . | | | | | |
| f | 2002 carryover expired . . . . . . | | | | | |

### Part IV  Special Situations in Your Return for Current Year Donations

1  Was the **entire interest** given for all property donated to all charities? . . . . . . ► [X] Yes  [ ] No
2  Were **restrictions** attached to any charities's right
   to use or dispose of any property donated to any charity? . . . . . . . . . . . . . ► [ ] Yes  [X] No
3  Did you give to anyone other than the charity the right to income from any
   of the donated property or to possession of any of the donated property? . . . . . ► [ ] Yes  [X] No
4  Was any charity other than a 50% charity?  [ ] Yes  [X] No

| **Form 1040**<br>**Line 33** | **Student Loan Interest Deduction Worksheet**<br>► Keep for your records | **2007** |

| Name(s) Shown on Return<br>CAMELLA T PRYOR | Social Security Number<br>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 |

| | | | |
|---|---|---|---:|
| **1** | Enter the total interest you paid in 2007 on qualified student loans . . . . . . . . . .<br>(see Form 1040 instructions). | **1** | 480. |
| **2** | Enter the **smaller** of line 1 or $2,500. . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 480. |
| **3** | Modified AGI . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 14,840. |
| | **Note:** If line 3 is $70,000 or more if single, head of household, or qualifying<br>widow(er) or $140,000 or more if married filing jointly, **stop here.** You **cannot**<br>take the deduction. | | |
| **4** | Enter: $55,000 if single, head of household, or qualifying widow(er);<br>$110,000 if married filing jointly . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 55,000. |
| **5** | Subtract line 4 from line 3. If zero or less, enter -0- here and on line 7, skip<br>line 6, and go on to line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 0. |
| **6** | Divide line 5 by $15,000 or $30,000 if married filing jointly.<br>Enter the result as a decimal (rounded to at least three places) . . . . . . . . . . . | **6** | |
| **7** | Multiply line 2 by line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 0. |
| **8** | **Student loan interest deduction.** Subtract line 7 from line 2. Enter the result<br>here and on Form 1040, line 33. **Do not** include this amount in figuring any<br>other deduction on your return (such as on Schedule A, C, E, etc.) . . . . . . . . . . | **8** | 480. |

* **Modified AGI** is the amount from Form 1040, line 22, increased by any excludable income from Puerto
Rico, or of bona fide residents of American Samoa, Guam, or the Commonwealth of the Northern
Mariana Islands, and foreign earned income/housing exclusion, and decreased by amounts on
Form 1040, lines 23 through 32, and any write-in amount next to line 36, not including the Foreign
housing deduction on line A of the Other Adjustments to Income Smart Worksheet.

## Federal Carryover Worksheet                2007

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| CAMELLA T PRYOR | 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 |

**2006 State and Local Income Tax Information (See Tax Help)**

| (a) State or Local ID | (b) Paid With Extension | (c) Estimates Pd After 12/31 | (d) Total With-held/Pmts | (e) Paid With Return | (f) Total Over-payment | (g) Applied Amount |
|---|---|---|---|---|---|---|
| IL | | | 995. | 190. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals . . | | | 995. | 190. | | |

| Other Tax and Income Information | | 2006 | 2007 |
|---|---|---|---|
| 1 | Filing status . . . . . . . . . . . . . . . . . . . . . . . .   **1** | 4   HH | 4   HH |
| 2 | Number of exemptions for blind or over 65 (0 - 4). . . . . . . .   **2** | | |
| 3 | Itemized deductions after limitation. . . . . . . . . . . . . .   **3** | 1,716. | 18,678. |
| 4 | Check box if required to itemize deductions . . . . . . . . . . .   **4** | | |
| 5 | Adjusted gross income . . . . . . . . . . . . . . . . . . .   **5** | 45,451. | 14,360. |
| 6 | Tax liability for Form 2210 or Form 2210-F . . . . . . . . . . .   **6** | 3,184. | 0. |
| 7 | Alternative minimum tax. . . . . . . . . . . . . . . . . . .   **7** | | |
| 8 | Federal overpayment applied to next year estimated tax . . . . .   **8** | | |

QuickZoom to the IRA Information Worksheet for IRA information (see Tax Help) . . . . . . . ►

| Excess Contributions | | 2006 | 2007 |
|---|---|---|---|
| 9 a | Taxpayer's excess Archer MSA contributions as of 12/31 . . . .   **9 a** | | |
| b | Spouse's excess Archer MSA contributions as of 12/31 . . . . .   **b** | | |
| 10 a | Taxpayer's excess Coverdell ESA contributions as of 12/31. . . .   **10 a** | | |
| b | Spouse's excess Coverdell ESA contributions as of 12/31. . . .   **b** | | |
| 11 a | Taxpayer's excess HSA contributions as of 12/31 . . . . . . . .   **11 a** | | |
| b | Spouse's excess HSA contributions as of 12/31 . . . . . . . . .   **b** | | |

| Loss and Expense Carryovers | | | 2006 | 2007 |
|---|---|---|---|---|
| 12 a | Short-term capital loss. . . . . . . . . . . . . . . . . . . . .   **12 a** | | | |
| b | AMT Short-term capital loss . . . . . . . . . . . . . . . . .   **b** | | | |
| 13 a | Long-term capital loss . . . . . . . . . . . . . . . . . . . .   **13 a** | | | |
| b | AMT Long-term capital loss. . . . . . . . . . . . . . . . . .   **b** | | | |
| 14 a | Net operating loss available to carry forward . . . . . . . . .   **14 a** | | | |
| b | AMT Net operating loss available to carry forward . . . . . . .   **b** | | | |
| 15 a | Investment interest expense disallowed . . . . . . . . . . . . .   **15 a** | | | |
| b | AMT Investment interest expense disallowed . . . . . . . . . .   **b** | | | |
| 16 | Nonrecaptured net Section 1231 losses from: | a | 2007. . . .   **16 a** | | |
| | | b | 2006. . . .   **b** | | |
| | | c | 2005. . .   **c** | | |
| | | d | 2004. . .   **d** | | |
| | | e | 2003. . .   **e** | | |
| | | f | 2002. . .   **f** | | |

**Federal Carryover Worksheet page 2**                                              **2007**

CAMELLA T PRYOR                                                     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

| Loss and Expense Carryovers (cont'd) | | | | 2006 | 2007 |
|---|---|---|---|---|---|
| 17 | AMT Nonrecap'd net Sec 1231 losses from: | a 2007... | 17 a | | |
| | | b 2006... | b | | |
| | | c 2005... | c | | |
| | | d 2004... | d | | |
| | | e 2003... | e | | |
| | | f 2002... | f | | |

| Credit Carryovers | | | | 2006 | 2007 |
|---|---|---|---|---|---|
| 18 | General business credit . . . . . . . . . . . . . . . . . . . . | | 18 | | |
| 19 | Adoption credit from: | a 2007 . . . . . . . . . . . . | 19 a | | |
| | | b 2006 . . . . . . . . . . . . | b | | |
| | | c 2005 . . . . . . . . . . . . | c | | |
| | | d 2004 . . . . . . . . . . . . | d | | |
| | | e 2003 . . . . . . . . . . . . | e | | |
| | | f 2002 . . . . . . . . . . . . | f | | |
| 20 | Mortgage interest credit from: | a 2007 . . . . . . . . . . . | 20 a | | |
| | | b 2006 . . . . . . . . . . . | b | | |
| | | c 2005 . . . . . . . . . . . | c | | |
| | | d 2004 . . . . . . . . . . . | d | | |
| 21 | Credit for prior year minimum tax. . . . . . . . . . . . . . | | 21 | | |
| 22 | District of Columbia first-time homebuyer credit. . . . . . . . . . | | 22 | | |
| 23 | Residential energy efficient property credit . . . . . . . . . . | | 23 | | |
| 24 | Amount overpaid less earned income credit. . . . . . . . . . . | | 24 | 4,955. | |

| Other Carryovers | | | | 2006 | 2007 |
|---|---|---|---|---|---|
| 25 | Section 179 expense deduction disallowed . . . . . . . . . . . | | 25 | | |
| 26 | Excess foreign housing deduction: | a Taxpayer (Form 2555, line 46) . . . . . . . | 26 a | | |
| | | b Taxpayer (Form 2555, line 48) . . . . . . . | b | | |
| | | c Spouse (Form 2555, line 46) . . . . . . . . | c | | |
| | | d Spouse (Form 2555, line 48) . . . . . . . . | d | | |

**Federal Carryover Worksheet page 3**                                      **2007**

CAMELLA T PRYOR _____    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

**Charitable Contribution Carryovers**

| 27 | **2006** Carryover of charitable contributions from: | **Other Property** | | **Capital Gain** | |
|---|---|---|---|---|---|
| | | **(a) 50%** | **(b) 30%** | **(c) 30%** | **(d) 20%** |
| a | 2006 . . . . . . . . . . . . . | 500. | | | |
| b | 2005 . . . . . . . . . . . . . | | | | |
| c | 2004 . . . . . . . . . . . . . | | | | |
| d | 2003 . . . . . . . . . . . . . | | | | |
| e | 2002 . . . . . . . . . . . . . | | | | |

| 28 | **2007** Carryover of charitable contributions from: | **Other Property** | | **Capital Gain** | |
|---|---|---|---|---|---|
| | | **(a) 50%** | **(b) 30%** | **(c) 30%** | **(d) 20%** |
| a | 2007 . . . . . . . . . . . . . | | | | |
| b | 2006 . . . . . . . . . . . . . | | | | |
| c | 2005 . . . . . . . . . . . . . | | | | |
| d | 2004 . . . . . . . . . . . . . | | | | |
| e | 2003 . . . . . . . . . . . . . | | | | |

**Santa Barbara Bank & Trust Refund Processing Agreement ('Agreement')**

Name:   CAMELLA T PRYOR

Social Security No.:   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

This Agreement contains important terms, conditions and disclosures about the processing of your refund by Santa Barbara Bank & Trust, a division of Pacific Capital Bank, N.A. ('SBBT'). Read this Agreement carefully before accepting its terms and conditions, and print a copy and/or retain this information electronically for future reference.

**1. Use Of Pronouns.** As used in this Agreement, the words 'you' and 'your' refer to the applicant or both the applicant and joint applicant if the 2007 federal income tax return is a joint return (individually and collectively, 'Applicant'). The words 'we,' 'us' and 'our' refer to SBBT.

**2. Authorization to Release Personal Information.** You authorize the Internal Revenue Service ('IRS') to disclose any information to SBBT related to the funding of your 2007 tax refund. You also authorize Intuit, as the transmitter of your electronically filed tax return, to disclose your tax return and contact information to SBBT for use in connection with the refund processing services being provided pursuant to this Agreement. Neither Intuit nor SBBT will disclose or use your tax return information for any other purpose, except as permitted by law. SBBT will not use your tax information or contact information for any marketing purpose. To view the SBBT Privacy Policy applicable to this Agreement, see Section 12 below.

**3. No Requirement To Have SBBT Process Your Refund In Order To File Electronically.** You understand that SBBT charges a refund processing fee to deduct Intuit's fees from your refund. You further understand that your tax year 2007 federal income tax return can be filed electronically, and your IRS refund direct deposited, without using SBBT's refund processing service by, instead, paying the applicable TurboTax filing fees to Intuit by credit or debit card at the time you file your 2007 federal income tax return.

**4. Summary of Terms**

| | | |
|---|---|---|
| Expected Federal Refund. | $ | 7,854.00 |
| Less SBBT Refund Processing Fee. | $ | 29.95 |
| Less Electronic Filing Transmission Fee and/or Service Fee for web users | $ | 104.90 |
| Less Additional Products and Services Purchased | $ | |
| Expected Proceeds (1) | $ | 7,719.15 |

(1) This is only an estimate. The amount will be reduced by any applicable sales taxes.

**5. Temporary Deposit Account Authorization.** You hereby authorize SBBT to establish a temporary deposit account ('Deposit Account') for the purpose of receiving your tax year 2007 federal income tax refund from the IRS. SBBT must receive an acknowledgement from the IRS that your return has been electronically filed and accepted for processing before the Deposit Account can be opened. You authorize SBBT to deduct from your Deposit Account the following amounts: (i) the SBBT refund processing fee; (ii) the fees and charges related to the preparation, processing and transmission of your tax return; and, (iii) amounts to pay for additional products and services purchased plus applicable taxes. You authorize SBBT to disburse the balance of the Deposit Account to you after making all authorized deductions or payments.

**6. Acknowledgements.** (a) You understand that: (i) SBBT cannot guarantee the amount of your tax year 2007 federal income tax refund or the date it will be issued, and (ii) SBBT is not affiliated with the transmitter of the tax return (Intuit) and does not warrant the accuracy of the software used to prepare the tax return. (b) You agree that Intuit is not acting as your agent and is not under any fiduciary duty with respect to the processing of your refund by SBBT.

**7. Truth in Savings Disclosure.** The Deposit Account is being opened for the purpose of receiving your (both spouses if this is a jointly filed return) tax year 2007 federal tax refund. There is no cost to you for opening the Deposit Account. No other deposits may be made to the Deposit Account. No withdrawals will be allowed from the Deposit Account until all fees, charges, disbursements and payments authorized by this Agreement have been paid. No interest is payable on the deposit; thus, the annual percentage yield and interest rate are 0%. The Deposit Account will be closed after all authorized deductions have been made and any remaining balance has been disbursed to you. Questions or concerns about the Deposit Account should be directed to: SANTA BARBARA BANK & TRUST, attn: Refund Processing Department, P.O. Box 1030, Solana Beach, CA 92075, or to SBBT via the Internet at http://cisc.sbbtral.com.

**8. Direct Deposit Information.** The balance of your refund will be disbursed to you electronically by ACH Direct Deposit to your personal bank account designated below. If a joint return is filed, the bank account may be a joint account or the individual account of either spouse.

DIRECT DEPOSIT ACCOUNT TYPE:   ☐ Checking   ☒ Savings

RTN #:   071074528         ACCOUNT #:   4226970427 _ _ _ _ _ _ _ _

**Note: To insure that there are no delays in receiving your refund, please contact your financial institution to confirm that you are using the correct RTN (routing) and account number.** If you or your representative enter your personal bank account information incorrectly and your deposit is returned to SBBT, the Account balance will be disbursed to you via an SBBT cashier's check mailed to the address on your tax return. If the direct deposit is not returned to SBBT, you will be responsible for the loss.

RTAPP                           SBIA0912   09/17/07

CAMELLA T PRYOR                                                    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

9. **Electronic Fund Transfers:** The Federal Electronic Fund Transfer Act provides you with certain rights and obligations regarding the funds that will be electronically deposited into and transferred from your Deposit Account with SBBT. If SBBT does not complete an electronic fund transfer to or from the Deposit Account on time or in the correct amount according to this Agreement, SBBT will be liable for your losses or damages. There are some exceptions, however. SBBT will not be liable, for instance, if: through no fault of SBBT, you do not have enough available funds in the Deposit Account to make the transfer; circumstances beyond SBBT's control (such as fire, flood, water damage, power failure, strike, labor dispute, computer breakdown, civil unrest, governmental action, acts of terrorism, telephone line disruption or a natural disaster) delay the transfer despite reasonable precautions taken by SBBT; the funds in the Deposit Account are subject to legal process or are otherwise not available for withdrawal; the information supplied by you or a third party is incorrect, incomplete, ambiguous or untimely; or, SBBT has reason to believe the transaction may not be authorized by you. If you believe that there is an error or if you have a question about your Deposit Account, you will write to Santa Barbara Bank & Trust, P.O. Box 1030, Solana Beach, California 92075, or call SBBT at 818-717-7228, or communicate with it via the Internet by logging on to http://cisc.sbbttal.com, and provide SBBT with your name, a description or explanation of the error, and the dollar amount of the suspected error or the transfer you are unsure about. SBBT will determine whether the error occurred within 10 business days after it hears from you and will correct any error promptly. SBBT will tell you the results within three business days after completing its investigation. If SBBT decides that there was no error, it will send you a written explanation. You may ask for copies of the documents that SBBT used in its investigation. SBBT's business days are Monday through Friday, excluding holidays.

10. **Compensation.** In addition to any fees paid directly by you to Intuit, SBBT will pay a portion of SBBT's refund processing fee to Intuit in consideration of and pursuant to their agreement relating to Intuit's provision of various programming, testing, data processing, transmission, systems maintenance, status reporting and other software, technical and communications service.

11. **Governing Law.** The enforcement and interpretation of this Agreement and the transactions contemplated herein shall be governed by the laws of the State of California applicable to contracts executed and to be performed entirely in the State of California by residents of the State of California, without regard to the conflicts of laws, and, to the extent applicable, by the laws of the United States of America, including the Electronic Signatures in Global and National Commerce Act.

12. **Santa Barbara Bank & Trust Privacy Policy.**

**Privacy Policy.** To help the government fight the funding of terrorism and money laundering, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. SBBT will obtain information from and about you in connection with the opening of the Deposit Account.

Federal law requires SBBT to provide you with this statement. In this Privacy Policy, 'Confidential Information' means non-public personally identifiable information about you. This notice applies only to individuals who are using, or have used in the past, SBBT's refund processing services. SBBT may change (add to, delete or amend) the terms of this Privacy Policy at any time, giving you such notice as may then be required by law.

**Confidential Information SBBT collects.** We collect Confidential Information from you, Intuit and the IRS in connection with your refund processing in order to identify you, set up your temporary Deposit Account, and process your refund. This may include information such as your name, address, date of birth, social security number and personal bank account information. SBBT also collects information from the IRS concerning your refund deposit.

**Information SBBT shares and with whom.** We may disclose your Confidential Information to nonaffiliated third parties as permitted by law. However, we will not use or disclose your Confidential Information that we receive from Intuit or the IRS for marketing purposes. We also may disclose Confidential Information with your consent.

**Security procedures SBBT uses to protect your Confidential Information.** Inside SBBT, your information is accessible only to employees who need the information in order to process your product request or answer your questions. SBBT has a formal Code of Ethics and train its employees on their responsibility to maintain the privacy of your Confidential Information. SBBT also maintains physical, electronic and procedural safeguards that comply with federal standards to guard your Confidential Information.

**Questions?** If you have any questions regarding this Privacy Policy, please call 800-717-7228.

**YOUR AGREEMENT**

By selecting the 'I agree' button in TurboTax: (i) You authorize SBBT to receive your 2007 federal tax refund from the IRS and to make the deductions from your refund described in the Agreement, (ii) You agree to receive all Communications electronically in accordance with the 'Consent to Conduct Business Electronically' section of the License Agreement for Tax Year 2007 TurboTax(r) Software and Services, as the term 'Communications' is defined therein, (iii) You consent to the release of your 2007 refund deposit information and application information as described in Section 2 of this Agreement, and (iv) You acknowledge that you have reviewed, and agree to be bound by, the Agreement's terms and conditions. You understand that, if you change your tax year 2007 federal tax return information in a way that affects the amount of your refund, you must review and accept the Agreement again. If this is a joint return, selecting 'I agree' indicates that both spouses agree to be bound by the terms and conditions of the Agreement.

RTAPP                                   SBIA0912   09/17/07

CAMELLA T PRYOR                          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

SMART WORKSHEET FOR: Form 1040: Individual Tax Return

| Tax Smart Worksheet | | |
|---|---|---|

**A**   Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____   0.
Check if from:
**1**   Tax table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X]
**2**   Tax Computation Worksheet (see instructions) . . . . . . . . . . . . . . . . . . . . . . . [ ]
**3**   Schedule D Tax Worksheet . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
**4**   Qualified Dividends and Capital Gain Tax Worksheet . . . . . . . . . . . . . . . . . . [ ]
**5**   Schedule J . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
**6**   Form 8615 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
**7**   Foreign Earned Income Tax Worksheet . . . . . . . . . . . . . . . . . . . . . . . [ ]
**B**   Additional tax from Form 8814 . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**C**   Additional tax from Form 4972 . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**D**   Tax from additional Form(s) 4972 . . . . . . . . . . . . . . . . . . . . . . . . _____
**E**   Recapture tax from Form 8863 . . . . . . . . . . . . . . . . . . . . . . . . . . _____
**F**   IRC Section 197(f)(9)(B)(ii) election for an additional tax . . . . . . . . . . . . _____
**G**   **Tax**. Add lines A through F. Enter the result here and on line **44** . . . . . . . . . . _____   0.

KEEP FOR YOUR RECORDS

## 2007 Illinois Tax Return Summary
**Important: Your taxes are not finished until all required steps are completed.**



CAMELLA T PRYOR
917 e 78th st 101E
chicago, IL  60619

| | |
|---|---|
| **Balance Due/ Refund** | Your Illinois state tax return (Form IL-1040) shows you are due a refund of $430.00. |

| **2007 Illinois Tax Return Summary** | | |
|---|---|---|
| Taxable Income | $ | 8,360.00 |
| Total Tax | $ | 251.00 |
| Total Payments/Credits | $ | 681.00 |
| Amount to be Refunded | $ | 430.00 |

| **Forms Included** | Illinois Individual Income Tax Return |
|---|---|

**Page 1 of 1**

▼ **Step 2:  Income**   [X] Single or head of household   ☐ Married filing jointly   ☐ Married filing separately   ☐ Widowed

| | | | |
|---|---|---|---|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 14,360. |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Other additions to your income. **Attach** Schedule M . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Add Lines 1 through 3. This is your total income . . . . . . . . . . . . . . . . . . . . . . | 4 | 14,360. |

**Step 3:  Base Income**

| | | | |
|---|---|---|---|
| 5 | Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. **Attach** federal page 1 . . . . . . . . . . . . . | 5 | |
| 6 | Military pay earned if included in Step 2, Line 1. **Attach** military W-2 . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Illinois Income Tax overpayment included in U.S. 1040, Line 10 . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Other subtractions to your income. **Attach** Schedule M . . . . . . | 9 | |
| | Check if Line 9 includes any amount from Schedule 1299-C . . . ☐ | | |

S
T
A
P
L
E

W
2
A
N
D

1
0
9
9

F
O
R
M
S

SEP/23 2008/TUE 04:21 PM   PIONEER CREDIT          FAX No. 6053188507                        P. 001/002

Certificate Number: 00437-ILN-CC-004929414

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 17, 2008           , at 9:41            o'clock AM MDT            .

Camella Clark                                  received from

Black Hills Children's Ranch, Inc.                                                           ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois                   , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared          . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone            .

Date: September 17, 2008             By      /s/Vera Gell

                                     Name    Vera Gell

                                     Title   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:

Clark, Camella T

_____
Debtor(s)

Case No. _____

Chapter **7** _____

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

**PART I - DECLARATION OF PETITIONER**
A. To be completed in all cases.

Date: **09/16/08**

I(We) **Camella T Clark** _____ and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: *Camella Clark* _____
(Debtor or Corporate Officer, Partner or Member)

Signature: _____
(Joint Debtor)

© 1993-2008 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only